USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

CHEWY, INC.,

        Defendant.

20 Civ. 24 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 7, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by February 26, 2020. ECF No. 5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **February 28, 2020**.

SO ORDERED.

Dated: February 27, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge